■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY B., JR., Appellant. [859 NYS2d 890]—Appeal from an

adjudication of the Livingston County Court (Robert B. Wiggins, J.), rendered April 3, 2007. The adjudication revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Peradotto and Pine, JJ.